**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6737

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NORMAN ALAN KERR,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:09-cr-00290-TDS-1; 1:22-cv-00194-TDS-JEP)

_____

Submitted: October 10, 2024                                  Decided: October 16, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Norman Alan Kerr, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Alan Kerr seeks to appeal the district court's order adopting the recommendation of the magistrate judge and construing his "Petition for a Claim of Actual Innocence of § 924(e) and § 922(g)(1) Pursuant to Recent SCT Ruling held in 'Wooden v U.S.' citing procedure Fed. Rule Crim P 51(b) held in Holquin-Hernandez v. U.S." and his motion seeking to file a petition for a writ of audita querela as 28 U.S.C. § 2255 motions and dismissing them as successive and unauthorized.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Kerr has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

---

[*] The district court also determined in its order that Kerr's motion for reconsideration was properly denied. On appeal, Kerr does not challenge that ruling.

2

adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*